

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00312-CV

NYLA LAMB, Appellant

V.

TARRANT COUNTY, TEXAS, Appellee

§ On Appeal from the 348th District Court

§ of Tarrant County (348-334356-22)

§ August 21, 2025

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Nyla Lamb must pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach